UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Federal CURE (FedCURE),
7 Elgin Place – Suite 711
Dunedin, FL 34698,

      Plaintiff,

v.

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS,
320 First Street NW,
Washington, D.C. 20534,

      Defendant.

Civil Action No. _____

## VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF TO OBTAIN FREEDOM OF INFORMATION ACT INFORMATION

### I. INTRODUCTION.

Plaintiff, Federal CURE, (FedCURE), respectfully submits this Complaint for Declaratory and Injunctive Relief ordering the Federal Bureau of Prisons (BOP) to grant FedCURE a fee waiver associated with its request for access to records pertaining to the use of ion spectrometer scanning equipment in BOP facilities.

FedCURE requested this material under the Freedom of Information Act (FOIA) 5 U.S.C. § 552 (2006). The BOP denied the fee waiver for searching and producing the requested information.

### II. JURISDICTION.

1.     This Court has jurisdiction pursuant to 5 U.S.C. § 522 (2006).

2.     The FOIA fee waiver restriction is 5 U.S.C. § 552(a)(4)(A)(iii) (2006), and applies:

> if disclosure of the information is in the public interest because it is
> likely to contribute significantly to public understanding of the

      operations or activities of the government and is not in the commercial interest of the requester.

### III. PARTIES.

3. Plaintiff, FedCURE, is headquartered in Plantation, Florida. FedCURE is a § 501(c)(3) non-profit organization, and is the leading advocate for the federal inmate population and their families.

4. Defendant, the Federal Bureau of Prisons, is an agency of the United States government, located at 320 First Street, N.W., Washington, D.C. 20534.

### IV. FACTS.

5. Plaintiff reasserts Paragraphs 1 to 4.

6. FedCURE is a § 501 (c)(3) non-profit organization, and advocates for the federal inmate population and their families. FedCURE is the largest organization dealing with federal inmate issues.

7. FedCURE also provides information to the public about the workings of the BOP.

8. Since 2002, FedCURE has run a website providing timely news for the public seeking information about federal criminal justice reform. The visits are in the millions.

9. Also, since 2002, FedCURE has maintained a discussion group on: http://group.yahoo.com/group/FedCURE-org/. To date, the organization has processed 15,786 messages.

10. On February 25, 2005, Kenneth Linn, the Chairman of FedCURE, sent a FOIA request to the BOP.

11. This request asked for all information about: (1) the accuracy of the ion spectrometer

scanning method and the number of visitors turned away from all BOP facilities (by facility) because of the results of this scanning method; (2) the training methods used for personnel operating the ion spectrometer scanning equipment and staff comments concerning these training methods; and (3) all records of equipment failures and repairs.

12. On April 4, 2005, the BOP informed FedCURE that the cost of retrieving the information would be $3,976.00.

13. In response, in an April 20, 2005, letter, FedCURE requested a fee waiver.

14. On September 26, 2005, the BOP denied FedCURE's request for a fee waiver.

15. On November 1, 2005, FedCURE appealed the denial of the fee waiver to the Department of Justice (DOJ). In its appeal, FedCURE explained that it had received hundreds of questions and complaints about ion spectrometers and the reasons for use of this equipment.

16. On June 29, 2006, the DOJ decided this appeal and upheld the denial of the fee waiver.

17. Subsequently, on July 10, 2006, FedCURE filed for reconsideration of the appeal denial.

18. On November 8, 2006, the DOJ denied the reconsideration.

### V. CAUSE OF ACTION — FAILURE TO WAIVE FEE RELATING TO FOIA REQUEST.

19. Plaintiff reasserts paragraphs 1 to 18.

20. As demonstrated in the facts, FedCURE satisfies the statutory requirement for a 5 U.S.C. § 552 (a)(4)(A)(iii) fee waiver.

21. Therefore, BOP's denial of a fee waiver for FedCURE's FOIA request was improper.

## VI. PRAYER FOR RELIEF.

**WHEREFORE,** FedCURE respectfully requests that this Court grant it the following relief:

A. Declare that Defendant BOP's denial of the fee waiver request is unlawful;

B. Order Defendant BOP to grant the requested fee waiver;

C. Order Defendant BOP to produce the requested documents within 30 days of the Court's order to do so;

D. Award FedCURE its reasonable attorney's fees and costs incurred in this case under 5 U.S.C. § 552(a)(4)(E); and

E. Grant such further relief as the Court may find just and proper.

Respectfully submitted,

May 4, 2007

_____
James R. Klimaski, #243543
Lynn I. Miller, #941559
Klimaski & Associates, P.C.
1819 L Street, NW
Suite 700
Washington, D.C. 20036
(202) 296-5600

*Attorneys for Plaintiff*

## VERIFICATION

I, Kenneth Linn, on behalf of FedCURE, have read the above Complaint and verify under penalty of perjury that the facts alleged are true to the best of my knowledge, recollection, information and belief.

Executed this 21ST day of April 2007.

_____
Kenneth Linn
FedCURE

5

## I (a) PLAINTIFFS

FedCURE, Dunedin, FL 34698,

## DEFENDANTS

Harley G. Lappin, Director, Federal Bureau of Prisons

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James R. Klimaski, Lynn I. Miller
1819 L Street NW -- Suite 700
Washington, DC 20036
202-296-5600

ATTORNEYS (IF KNOWN)

Office of the U.S. Attorney for D.C. and/or the General Counsel's Office for the U.S. Bureau of Prisons

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* 2255 | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 U.S.C. Sec. 522 (2006), and 5 U.S.C. Sec. 552 (a)(4)(A)(iii) (2006)

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    JURY DEMAND: YES ☐ NO ☒

Check YES only if demanded in complaint

## VIII. RELATED CASE(S) IF ANY

(See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE May 4, 2007    SIGNATURE OF ATTORNEY OF RECORD /s/

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.