UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CURE (FedCURE),<br>7 Elgin Place - Suite 711<br>Dunedin, FL 34698,<br><br>          Plaintiff,<br><br>          v.<br><br>HARLEY G. LAPPIN, DIRECTOR<br>FEDERAL BUREAU OF PRISONS,<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>          Defendant. | Civil Action No. 07–00843 (RBW) |

**NOTICE OF APPEARANCE**

      The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

      Respectfully submitted,


    __/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the foregoing Notice of Appearance was served on plaintiff's counsel, pursuant to the Court's Electronic Case Filing System, addressed to:

  James R. Klimaski
  Lynn I. Miller
  Klimaski & Associates, P.C.
  1819 L Street, N.W.,
  Suite 700
  Washington, D.C.  20036

on this 17th day of May, 2007.

           __/s/_____
           JONATHAN C. BRUMER, D. C. BAR # 463328
           Special Assistant United States Attorney
           Judiciary Center Building
           555 Fourth Street, N.W., Room E4815
           Washington, D.C. 20530
           (202) 514-7431
           (202) 514-8780 (facsimile)