## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL CURE (FEDCURE), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–00843 (RBW) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>CONSENT MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Harley G. Lappin, Director of the Federal Bureau of Prisons, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding to the Complaint be extended by fifty days, from June 7, 2007 to July 27, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local Rule 7(m), on June 4, 2007, the undersigned counsel for the Defendant called Plaintiff's counsel to discuss the above motion, and Plaintiff's counsel advised government counsel that she consented to the requested enlargement of time.

In support of their motion, Defendant avers the following:

1. On May 8, 2007, the United States, through the United States Attorney's Office, was served with the Complaint. The Summons attached to the Complaint incorrectly indicates that the Defendant has 60 days in which to respond. In fact, because the present matter was filed

pursuant to the Freedom of Information Act ("FOIA"), the Defendant actually has 30 days in which to respond to Plaintiff's Complaint.  <u>See</u> 5 U.S.C. § 552(a)(4)(c).  Consequently, Defendant's Answer or other Response to the Complaint is due by June 7, 2007.

    2.  Defendant requests that the deadline for responding to the Complaint be extended by fifty days, from June 7, 2007 to July 27, 2007.

    3.  This enlargement of time is sought for three reasons.  First, the undersigned Counsel for Defendant, Jonathan C. Brumer, just began a detail at the United States Attorney's Office on May 7, 2007, and this case was assigned to him on or about May 17, 2007.  Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to Plaintiff's Complaint.  Mr. Brumer anticipates that he may want to file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation.  Second, counsel for Defendant has several imminent deadlines within the next three weeks in his other cases, including: Answers and/or dispositive motions in <u>White v. Federal Bureau of Investigation, <i>et. al.</i></u>, Civil Action No. 07-838 (D.D.C.), <u>Murthy v. Johanns</u>, Civil Action No. 06-2208 (D.D.C.), and <u>Grossman v. Gutierrez</u>, Civil Action No. 07-353 (D.D.C.); Responses to Orders to Show Cause in <u>Mitchell v. Federal Bureau of Prisons</u>, Civil Action No. 05-05420 (D.C. Cir.) and <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.); and a Reply brief in <u>Kotz v. Lappin</u>, <i>et. al.</i>, Civil Action No. 07-0856 (D.D.C.).  Third, the Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint.  Consequently, Defendant respectfully requests the additional time in order to further confer and

better address the relevant issues in this case.

    4.  This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 27, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served

upon plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

> Lynn Ilene Miller
> KLIMASKI & ASSOCIATES, P.C.
> 1819 L Street, N.W.
> Suite 700
> Washington, D.C.  20036

on this 4th day of June, 2007.

<div style="margin-left:40%;">

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

</div>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL CURE (FEDCURE),     ) | |
|     ) | |
| Plaintiff,     ) | |
|     ) | |
| v.     ) | Civil Action No. 07–00843 (RBW) |
|     ) | |
| HARLEY G. LAPPIN, DIRECTOR     ) | |
| FEDERAL BUREAU OF PRISONS,     ) | |
|     ) | |
| Defendant.     ) | |
|     ) | |
|     ) | |

## <u>ORDER</u>

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until July 27, 2007, to respond to the Complaint.

_____
REGGIE B. WALTON
United States District Court Judge

Copies of this order to:

Lynn Ilene Miller
Klimaski & Associates, P.C.
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530