UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CURE (FedCURE), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR )<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 07–00843 (RBW) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Harley G. Lappin, Director of the Federal Bureau of Prisons, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding to the Complaint be extended by thirty three days, from July 27, 2007 to August 29, 2007. This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local Rule 7(m), on July 23, 2007, the undersigned counsel for the Defendant called Plaintiff's counsel to discuss the above motion, and Plaintiff's counsel advised government counsel that he consented to the requested enlargement of time.

In support of this motion, Defendant avers the following:

1. On May 8, 2007, the United States, through the United States Attorney's Office, was served with the Complaint. Because the present matter was filed pursuant to the Freedom of Information Act ("FOIA"), the Defendant originally had 30 days in which to respond to

Plaintiff's Complaint. See 5 U.S.C. § 552(a)(4)(c). Consequently, Defendant's Answer or other Response to the Complaint was originally due by June 7, 2007.

    2. On June 4, 2007, Defendant filed a Motion for Enlargement of Time, his first in this case. In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by forty five days, from June 7, 2007 to July 27, 2007. See Docket Entry No. 3.

    3. This Court has not yet ruled on the Consent Motion for Enlargement which Defendant filed on June 4, 2007.

    4. Counsel for Defendant anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 27, 2007.

    5. Since June 4, 2007, when the Defendant filed his First Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, he prepared and filed the following pleadings, among others: (1) a Reply brief in Kotz v. Lappin, et. al., Civil Action No. 07-0856 (D.D.C.); (2) a Response to an Order to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.); (3) a Response to an Order to Show Cause in Watts v. Gonzalez, Civil Action No. 06-777 (D.D.C.); (4) a Motion to Dismiss or, in the Alternative, for Summary Judgment in Bonaparte v. United States Department of Justice, 07-749 (D.D.C.); (5) an Answer in Delgado v. Gonzales, Civil Action No. 07-256 (D.D.C.); and (6) a Motion to Dismiss, or in the alternative, for Summary Judgment in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.). He also drafted and served a set of interrogatories, a set of request for production, and a notice of deposition in

Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) during this period, and handled a number of matters related to his case assignments.

6. Within the next eleven days, counsel for Defendant will have numerous imminent briefing deadlines in his other cases, including (1) a Reply brief in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); and Answers and/or Dispositive Motions in: (2) Johnson v. Fenty, Civil Action No. 07-935 (D.D.C.); (3) Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.); and (4) West v. Jackson, 07-0727 (D.D.C.). In addition, Defendant will have an Answer or other response to the Complaint due in Grossman v. Guitierrez, 07-353 (D.D.C.) on August 17, 2007, and an Answer or Dispositive Motion due in White v. Federal Bureau of Investigation, *et. al.*, Civil Action No. 07-838 (D.D.C.) on August 22, 2007.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 29, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Consent Motion for Enlargement of Time was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>James R. Klimaski
>Lynn Ilene Miller
>KLIMASKI & ASSOCIATES, P.C.
>1819 L Street, N.W.
>Washington, D.C. 20036

on this 23rd day of July, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CURE (FedCURE),  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HARLEY G. LAPPIN, DIRECTOR  )<br>FEDERAL BUREAU OF PRISONS,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07–00843 (RBW) |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until August 29, 2007, to respond to the Complaint.

_____
REGGIE B. WALTON
United States District Court Judge

Copies of this order to:

James R. Klimaski
Lynn Ilene Miller
Klimaski & Associates, P.C.
1819 L Street, N.W.
Washington, D.C.  20036

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530