UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    **Plaintiff,**<br><br>          v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    **Defendant.** | **Civil Action No. 07-0843 (RBW)** |

**NOTICE OF CHANGE OF ADDRESS**
**FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.**

Effective this date, the Clerk will please update the Court's records and databases with the new address for Plaintiff's Counsel, James R. Klimaski, Lynn I. Miller, and Klimaski & Associates, P.C.:

James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2001

The firm's phone, fax, and individual email addresses remain the same as before.

Phone: 202-296-5600
Fax: 202-296-5601
Emails:    Klimaski@Klimaskilaw.com
               Miller@Klimaskilaw.com

                                                                  Respectfully submitted,

August 28, 2007                                          */s/  James R. Klimaski*
                                                                  James R. Klimaski, #243543
                                                                  Lynn I. Miller, #941559

        Klimaski & Associates
        1625 Massachusetts Avenue, NW
        Suite 500
        Washington, DC 20036-2001
        (202) 296-5600

        *Counsel for FedCURE*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's **NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.** was served through the Court's CM/ECF Automatic Electronic Notice system on August 28, 2007, to the following counsel for Defendant:

Jonathan C. Brumer
Assistant U.S. Attorney
Judiciary Center Offices
555 4th Street NW
Room E-4815
Washington DC  20001
202-514-8780 Fax

        /s/  Jon Pinkus
        Jon Pinkus
        Klimaski and Associates, P.C.