**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL CURE (FedCURE), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–00843 (RBW) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Harley G. Lappin, Director of the Federal

Bureau of Prisons, by and through undersigned counsel, respectfully moves this Court to enlarge

the time to answer or otherwise respond to the Complaint.

Defendant requests that the deadline for responding to the Complaint be extended by

sixteen days, from August 29, 2007 to September 14, 2007. This is Defendant's third request for

an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local

Rule 7(m), on August 29, 2007, the undersigned counsel for the Defendant called Plaintiff's

counsel to discuss the above motion, and Plaintiff's counsel advised government counsel that he

consented to the requested enlargement of time.

In support of this motion, Defendant avers the following:

1. On July 23, 2007, Defendant filed a Motion for Enlargement of Time, his second in

this case. In that Motion, Defendant respectfully requested that his deadline for responding to

Plaintiff's Complaint be extended by thirty three days, from July 27, 2007 to August 29, 2007.

See Docket Entry No. 4.  The Court granted this motion.  See Minute Orders dated July 26, 2007

and July 27, 2007.

      2.  Counsel for Defendant anticipates filing a dispositive motion in response to the

Complaint.  Despite his best efforts, he will not be able to complete an adequate response to the

Complaint by August 29, 2007.

      3.  Since July 23, 2007, when the Defendant filed his Second Motion for Enlargement of

Time, the undersigned counsel has contended with numerous deadlines in his other cases.

During that period, he prepared and filed the following pleadings, among others: (1) a lengthy

Motion to Dismiss or, in the Alternative, for Summary Judgment in Dews-Miller v. Rice, Civil

Action No. 06-1764 (D.D.C.) ("Dews-Miller"), a complex case both in its procedural history and

the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than 22

counts and 115 paragraphs) (filed on August 8, 2007); (2) a Motion to Dismiss or, in the

Alternative, for Summary Judgment in White v. Federal Bureau of Investigation, et. al., Civil

Action No. 07-838 (D.D.C.) (filed on August 22, 2007); and (3) a Motion to Dismiss or, in the

Alternative, for Summary Judgment in Johnson v. Fenty, et. al., Civil Action No. 07-935

(D.D.C.) (filed August 29, 2007), and handled a number of matters related to his other case

assignments.

      4.  Within the next fourteen days, counsel for Defendant will have numerous imminent

briefing deadlines in his other cases, including: (1) an Answer or other response to the Complaint

due in Grossman v. Guitierrez, Civil Action No. 07-353 (D.D.C.); (2) an Answer or other

response to the Complaint due in West v. Jackson, Civil Action No. 07-0727 (D.D.C.); (3) a

Reply brief in Bonaparte v. United States Department of Justice, Civil Action No. 07-749

(D.D.C.); and (4) a Reply brief in <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.).  In

addition, the undersigned counsel has a response to a set of interrogatories and a request for

production due within that time frame.  He also anticipates that he will conduct one deposition,

and defend another deposition, during the week of September 17, 2007, in <u>Von Muhlenbrock v.</u>

<u>Billington</u>, Civil Action No. 05-1921 (D.D.C.) during this period.

5.  Counsel for Defendant regrets that the current Motion for Enlargement of Time is

being filed outside of this Court's four day filing rule.  He filed a brief late last night in <u>Johnson</u>

<u>v. Fenty</u>, *et. al.*, Civil Action No. 07-935 (D.D.C.), which proved over the past few days to be a

much more complicated and time consuming matter than he had earlier anticipated it would be,

necessitating this enlargement.  Because the complexity of that other case was not fully apparent

until this week, after the lapse of the four day period, counsel for Defendant was unable to file

this motion within the Court's time limitations for motions for an enlargement of time on his

deadline in this case.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate its response will aid both the parties and the Court

in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Complaint be extended to September 14, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of August, 2007, the foregoing *Consent Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

James R. Klimaski
Lynn I. Miller
KLIMASKI & ASSOCIATES, P.C.
1625 Massachusetts Avenue, N.W.
Suite 500
Washington, D.C. 20036-2001

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FEDERAL CURE (FedCURE), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–00843 (RBW) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until September 14, 2007, to respond to the Complaint.

_____
REGGIE B. WALTON
United States District Court Judge

Copies of this order to:

James R. Klimaski
Lynn I. Miller
KLIMASKI & ASSOCIATES, P.C.
1625 Massachusetts Avenue, N.W.
Suite 500
Washington, D.C. 20036-2001

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530