UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>     **Plaintiff,**<br><br>          v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>     **Defendant.** | Civil Action No. 07-0843 (RBW) |

**JOINT MOTION TO EXTEND TIME TO FILE**
**AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**
**AND A REPLY TO THE OPPOSITION**

   The Parties, Plaintiff FedCure and Defendant Harley G. Lappin (Lappin), through counsel, respectfully submit this joint motion to extend the time for Plaintiff to file the opposition to Defendant's motion for summary judgment, and for Defendant to file his reply to the opposition.

   FedCure requests a filing date of up to and including Wednesday, October 31, 2007, and Lappin requests a filing date of up to and including Friday, November 30, 2007.

   Counsel for the parties spoke by telephone today, Monday, October 1, 2007, and mutually agreed to these deadlines. These new filing dates will not prejudice either party.

## CONCLUSION

Therefore, in light of the above, this Court should grant the above requested extensions of deadlines. A draft Order accompanies this motion.

October 1, 2007                    Respectfully submitted,

| | |
|---|---|
| _/s/ James R. Klimaski_ | _/s/ Jeffrey A. Taylor_ |
| James R. Klimaski, #243543 | Jeffrey A. Taylor, #498601 |
| | United States Attorney |
| | |
| _/s/ Lynn I. Miller_ | _/s/ Rudolph Contreras_ |
| Lynn I. Miller, #941559 | Rudolph Contreras, #434122 |
| | Assistant U.S. Attorney |
| Klimaski & Associates, P.C. | |
| 1625 Massachusetts Ave. NW | _/s/ Jonathan C. Brumer_ |
| Suite 500 | Jonathan C. Brumer, #463328 |
| Washington, DC 20036-2001 | Special Assistant U.S. Attorney |
| 202-296-5600 | 555 4th Street NW – Room E-4815 |
| 202-296-5601 Fax | Washington, DC 20530 |
| | 202-514-7431 |
| | 202-514-8780 Fax |
| ***Counsel for Plaintiff*** | |
| | ***Counsel for Defendant*** |

## Certificate of Service

I certify that the foregoing *Joint Motion to Extend Time to File an Opposition to the Motion for Summary Judgment and a Reply to the Opposition* is being filed by Plaintiff on behalf of the parties and will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on October 1, 2007:

Jonathan C. Brumer
Special Assistant U.S. Attorney
555 4th Street NW – Room E-4815
Washington, DC  20530
202-514-8780 Fax

                                                                */s/ Jon Pinkus*
                                                              Jon Pinkus
                                                              Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 07-0843 (RBW) |
| **HARLEY G. LAPPIN, Director Federal Bureau of Prisons,** | |
| **Defendant.** | |

### ORDER

Upon consideration of the joint motion from the parties to reset their deadlines for responding to the summary judgment motion before the Court, it is hereby

**ORDERED** that plaintiff shall have up to and including October 31, 2007, to file its opposition. It is further

**ORDERED** that defendant shall have until November 30, 2007, to file his reply to that opposition. **SO ORDERED.**

_____     _____
Date                                              Reggie B. Walton
                                                         United States District Judge

Copies to the parties
through the Court's
CM/ECF system.