UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,** | |
| Plaintiff, | |
| v. | Civil Action No. 07-0843 (RBW) |
| **HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,** | |
| Defendant. | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

  Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff FedCURE, by and through undersigned counsel, respectfully moves this Court to enlarge the time to file its opposition to the motion for summary judgment of Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, up to and including Tuesday, November 27, 2007, and the time for Defendant to file his reply to the opposition, up to and including Monday, December 27, 2007.

  The due date for Plaintiff's opposition is today, October 31, 2007. Pursuant to Local Rule 7(m), on October 30, 2007, Plaintiff's counsel called Defendant's counsel by telephone to discuss the above motion. Defendant's counsel advised Plaintiff's counsel that he consented to the requested enlargement of time.

  In support of this motion, Plaintiff states:

  1. This is the second request for enlargement of time to file the opposition to Defendant's summary judgment motion.

  2. Also Plaintiff's counsel planned on filing the opposition today, October 31, 2007. However, counsel had a deadline for an opposition to summary judgment in another case before

an Equal Employment Opportunity Commission Administrative Judge — <u>Jackson v. Gutierrez</u>, EEOC No. 531-2007-00136X.  Preparing this opposition proved to be more complicated and time-consuming than counsel had anticipated, necessitating this enlargement.

Plaintiff seeks this extension in good faith.  This extension will not prejudice either party.  Permitting Plaintiff additional time to formulate its response will aid both parties and the Court in the development and resolution of this action.

## CONCLUSION

Based on the above, Plaintiff respectfully requests that this Court extend the time for filing its opposition to Defendant's motion for summary judgment up to and including Tuesday, November 27, 2007, and the time for Defendant to file his reply up to and including Monday, December 27, 2007.  A draft Order is included with this filing should the Court wish to make use of it.

Respectfully submitted,

October 31, 2007

　　/s/   *James R. Klimaski*
James R. Klimaski, #243543
Lynn I. Miller, #941559
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, D.C. 20036
202-296-5600
Klimaski@Klimaskilaw.com
Miller@Klimaskilaw.com

***Attorneys for Plaintiff***

### Certificate of Service

I certify that the foregoing *Consent Motion for an Enlargement of Time* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on October 31, 2007:

Jonathan C. Brumer
Special Assistant U.S. Attorney
555 4th Street NW – Room E-4815
Washington, DC  20530
202-514-8780 Fax

    */s/ Jon Pinkus*
Jon Pinkus
Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    **Defendant.** | **Civil Action No. 07-0843 (RBW)** |

## ORDER

Upon consideration of plaintiff's consent motion for an enlargement of time, and defendant's consent thereto, and there being no prejudice to either party or to the Court, it is hereby

**ORDERED** that plaintiff shall have up to and including November 27, 2007, to file its opposition to the pending summary judgment motion from defendant. It is further

**ORDERED** that defendant shall have up to and including December 27, 2007, to file any reply to this opposition. **SO ORDERED.**

_____          _____
Date                                                        Reggie B. Walton
                                                            United States District Judge

Copies to counsel
via the Court's CM/ECF
Notification System.