UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    **Defendant.** | Civil Action No. 07-0843 (RBW) |

### CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff FedCURE, by and through undersigned counsel, respectfully moves this Court to enlarge the time to file its opposition to the motion for summary judgment of Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, up to and including Wednesday, December 12, 2007, and the time for Defendant to file his reply to the opposition, up to and including Friday, January 11, 2008.

The due date for Plaintiff's opposition is tomorrow, November 27, 2007. Pursuant to Local Rule 7(m), on November 26, 2007, Plaintiff's counsel called Defendant's counsel by telephone to discuss the above motion. Defendant's counsel advised Plaintiff's counsel that he consented to the requested enlargement of time.

In support of this motion, Plaintiff states:

1. This is the third request for enlargement of time to file the opposition to Defendant's summary judgment motion.

2. During the time period requested in the previous extension, Lynn I. Miller, Plaintiff's counsel with lead responsibility for preparing the FedCURE opposition, had to leave town

unexpectedly to deal with a family emergency when her mother became ill and required hospitalization. Ms. Miller has had to extend her stay in Pennsylvania during November due to setbacks in the evolving situation with her mother. As of the filing of this motion, Ms. Miller plans to return to town this week as the situation with her mother appears to have stabilized.

Plaintiff seeks this extension in good faith. This extension will not prejudice either party or the Court. Permitting Plaintiff additional time to formulate its response will aid both parties and the Court in the development and resolution of this action.

## CONCLUSION

Based on the above, Plaintiff respectfully requests that this Court extend the time for filing its opposition to Defendant's motion for summary judgment up to and including Wednesday, December 12, 2007 and the time for Defendant to file his reply up to and including Friday, January 11, 2008.

A draft Order is included with this filing should the Court wish to make use of it.

Respectfully submitted,

November 26, 2007               /s/   *James R. Klimaski*
                                James R. Klimaski, #243543
                                Lynn I. Miller, #941559
                                Klimaski & Associates, P.C.
                                1625 Massachusetts Avenue NW
                                Suite 500
                                Washington, D.C. 20036
                                202-296-5600
                                Klimaski@Klimaskilaw.com
                                Miller@Klimaskilaw.com

                                *Attorneys for Plaintiff*

**Certificate of Service**

I certify that the foregoing *Consent Motion for an Enlargement of Time* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on November 26, 2007:

Jonathan C. Brumer
Special Assistant U.S. Attorney
555 4th Street NW – Room E-4815
Washington, DC  20530
202-514-8780 Fax
jonathan.brumer@usdoj.gov
jonathan.brumer@hhs.gov

                                               */s/ Jon Pinkus*
                                               Jon Pinkus
                                               Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    **Defendant.** | Civil Action No. 07-0843 (RBW) |

## ORDER

Upon consideration of plaintiff's motion for an enlargement of time, and defendant's consent thereto, and there being no prejudice to either party or to the Court, it is hereby

**ORDERED** that plaintiff shall have up to and including December 12, 2007, to file its opposition to the pending summary judgment motion from defendant. It is further

**ORDERED** that defendant shall have up to and including January 11, 2008, to file any reply to this opposition. **SO ORDERED.**

_____    _____
Date                                                                Reggie B. Walton
                                                                         United States District Judge

Copies to counsel
via the Court's CM/ECF
Notification System.