UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FedCURE,**

    **Plaintiff,**

    v.

**HARLEY G. LAPPIN, Director
Federal Bureau of Prisons,**

    **Defendant.**

Civil Action No. 07-0843 (RBW)

## CONSENT MOTION FOR ENLARGEMENT OF TIME

    Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff FedCURE, by and through undersigned counsel, respectfully moves this Court to enlarge the time to file its opposition to the motion for summary judgment of Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, up to and including Friday, January 4, 2008, and the time for Defendant to file his reply to the opposition be enlarged up to and including Friday, February 8, 2008.

    The current due date for the summary judgment opposition is today, December 12, 2007, and the due date for Defendant's reply is currently January 11, 2008.

    Pursuant to Local Rule 7(m), Plaintiff's counsel has telephoned Jonathan Brumer, Defendant's counsel, and he has consented to the requested enlargement of time as noted above.

    In support of this motion, Plaintiff states:

    1. This is the fourth request for enlargement of time to file the opposition to Defendant's summary judgment motion.

    2. As a result of being out of town in Pennsylvania for over three weeks to care for her mother, Plaintiff's counsel with lead responsibility for preparing the FedCURE opposition, Lynn

I. Miller, worked on a summary judgment opposition due at the beginning of the week in the Superior Court of the District of Columbia right up until just a little over a day before this summary judgment opposition, currently due today, December 12, 2007.

3. Ms. Miller seeks this final extension and courtesy from the Court in order to complete the FedCURE summary judgment opposition without it being compromised by Ms. Miller's or Mr. Klimaski's personal and family commitments over the upcoming holidays.

Plaintiff seeks this extension in good faith. This extension will not prejudice either party or the Court. Permitting Plaintiff additional time to formulate its response will aid both parties and the Court in the development and resolution of this action.

## CONCLUSION

Based on the above, Plaintiff respectfully requests that this Court extend the time for filing its opposition to Defendant's motion for summary judgment up to and including Friday, January 4, 2008, and the time for Defendant to file his reply be extended to February 8, 2008.

A draft Order is included with this filing should the Court wish to make use of it.

Respectfully submitted,

December 12, 2007

*/s/ James R. Klimaski*
James R. Klimaski, #243543
Lynn I. Miller, #941559
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, D.C. 20036-2245
202-296-5600
Klimaski@Klimaskilaw.com
Miller@Klimaskilaw.com

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that the foregoing *Plaintiff's Motion for an Enlargement of Time* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on December 12, 2007:

Jonathan C. Brumer
Special Assistant U.S. Attorney
555 4th Street NW – Room E-4815
Washington, DC  20530
202-514-8780 Fax
jonathan.brumer@usdoj.gov
jonathan.brumer@hhs.gov

                                                  */s/ Jon Pinkus*
                                                  Jon Pinkus
                                                  Klimaski and Associates, PC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    **Defendant.** | Civil Action No. 07-0843 (RBW) |

## ORDER

Upon consideration of plaintiff's motion for an enlargement of time, and defendant's consent thereto, and there being no prejudice to either party or to the Court, it is hereby

**ORDERED** that plaintiff shall have up to and including January 4, 2008, to file its opposition to the pending summary judgment motion from defendant. It is further

**ORDERED** that defendant shall have up to and including February 8, 2008, to file any reply to this opposition. **SO ORDERED.**

_____          _____
Date                                                                  Reggie B. Walton
                                                                             United States District Judge

Copies to counsel
via the Court's CM/ECF
Notification System.