UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,** | |
| **Plaintiff,** | Civil Action No. 07-0843 (RBW) |
| v. | |
| **HARLEY G. LAPPIN, Director Federal Bureau of Prisons,** | |
| **Defendant.** | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff FedCURE, by and through undersigned counsel, respectfully moves this Court to enlarge the time to file its opposition to the Motion for Summary Judgment of Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, up to and including Friday, January 11, 2008, and the time for Defendant to file his reply to the opposition be enlarged up to and including Tuesday, February 19, 2008.

On December 12, 2007, Plaintiff filed a Consent Motion for Enlargement, in which it requested that the Court extend the deadline for Plaintiff's Opposition to Defendant's Motion for summary judgment to January 4, 2008, and also extend the due date for Defendant's reply to February 8, 2008. See Docket Entry No. 12. The Court granted this motion on January 7, 2008.

On January 4, 2008, Plaintiff filed a Consent Motion for an enlargement, requesting the deadline for Plaintiff's summary judgment opposition be extended to January 7, 2008, and Defendant's reply to February 11, 2008. See Docket Entry No. 13. The Court, however, has not yet ruled on this January 4, 2008, Consent Motion for Enlargement.

Pursuant to Local Rule 7(m), Plaintiff's counsel has telephoned Jonathan Brumer, Defendant's counsel, and he has consented to the requested enlargement of time as noted above.

In support of this motion, Plaintiff states:

1. This is the sixth request for enlargement of time to file the opposition to Defendant's summary judgment motion.

2. Ms. Miller, the attorney preparing the opposition and statement of genuine issues of material facts in dispute, needs these four additional days to sufficiently respond to Defendant's motion, 36-page memorandum of law and 9-page statement of material facts not in dispute.

Plaintiff seeks this extension in good faith. This extension will not prejudice either party or the Court. Permitting Plaintiff additional time to formulate its response will aid both parties and the Court in the development and resolution of this action.

## CONCLUSION

Based on the above, Plaintiff respectfully requests that this Court extend the time for filing its opposition to Defendant's motion for summary judgment up to and including Monday, January 11, 2008, and the time for Defendant to file his reply be extended to February 19, 2008.

A draft Order is included with this filing following the Certificate of Service, should the Court wish to make use of it.

                                                  Respectfully submitted,

January 7, 2008                    */s/  James R. Klimaski*
                                             James R. Klimaski, #243543
                                             Lynn I. Miller, #941559
                                             Klimaski & Associates, P.C.
                                             1625 Massachusetts Avenue NW – Suite 500
                                             Washington, D.C. 20036-2245
                                             202-296-5600
                                             Klimaski@Klimaskilaw.com

Miller@Klimaskilaw.com

*Attorneys for Plaintiff*

---

**Certificate of Service**

I certify that the foregoing *Plaintiff's Motion for an Enlargement of Time* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on January 7, 2008:

Jonathan C. Brumer
Special Assistant U.S. Attorney
555 4th Street NW – Room E-4815
Washington, DC  20530
202-514-8780 Fax
jonathan.brumer@usdoj.gov
jonathan.brumer@hhs.gov


　　　　　　　　　　　　　　　　　　　　*/s/ Jon Pinkus*
　　　　　　　　　　　　　　　　　　　　Jon Pinkus
　　　　　　　　　　　　　　　　　　　　Klimaski and Associates, PC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FedCURE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**HARLEY G. LAPPIN, Director**<br>**Federal Bureau of Prisons,**<br><br>    Defendant. | Civil Action No. 07-0843 (RBW) |

## ORDER

Upon consideration of plaintiff's motion for an enlargement of time, and defendant's consent thereto, and there being no prejudice to either party or to the Court, it is hereby

**ORDERED** that plaintiff shall have up to and including January 11, 2008, to file its opposition to the pending summary judgment motion from defendant. It is further

**ORDERED** that defendant shall have up to and including February 19, 2008, to file any reply to this opposition. **SO ORDERED.**

_____           _____
Date                                                                    Reggie B. Walton
                                                                              United States District Judge

Copies to counsel
via the Court's CM/ECF
Notification System.