# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDCURE,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**HARLEY G. LAPPIN, DIRECTOR,** )<br>**FEDERAL BUREAU OF PRISONS,** )<br><br>**Defendant.** )<br>_____ ) | **Civil Action No.: 07-0843 (RBW)** |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY

Defendant, through his undersigned attorneys, hereby respectfully requests an enlargement of time, to and including February 22, 2008, within which to file his reply herein. Defendant's reply is now due on February 19, 2008.

This is Defendant's first request for an enlargement of time for this purpose. There is good cause for this motion. This case was recently reassigned to another Assistant U.S. Attorney, and she has not yet had sufficient time to review the file and pleadings filed herein in order to prepare Defendant's reply. Therefore, additional time is needed by counsel to become familiar with the issues in this case and prepare Defendant's reply. Accordingly, Defendant is requesting an extension of time to and including February 22, 2008, to file his reply.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDCURE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.: 07-0843 (RBW)** |
| | ) |
| **HARLEY G. LAPPIN, DIRECTOR,** | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file his reply and the entire record herein, it is this \_\_\_\_\_ day of February, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including February 22, 2008, to file his reply herein.

_____
UNITED STATES DISTRICT JUDGE