**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **FEDCURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 07-0843 (RBW)** |
| | ) | |
| **HARLEY G. LAPPIN, DIRECTOR,** | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE REPLY/OPPOSITION**

Defendant, through its undersigned attorneys, hereby respectfully requests an enlargement of time, until and including March 14, 2008, within which to file its reply to Plaintiff's Opposition and to file its opposition to Plaintiff's motion for summary judgment.  Defendant's reply is now due on February 22, 2008.

This is Defendant's second request for an enlargement of time to file a reply.  This is Defendant's first request for an enlargement of time to file an opposition to Plaintiff's motion for summary judgment.

There is good cause for this motion.  Plaintiff has sought several enlargements of time to file a "response/opposition" to Defendant's motion for summary judgment.   By agreement of the parties, Defendant's reply was initially due on February 19, 2008.[1]  On January 11, 2008, Plaintiff filed a document entitled "Plaintiff's Opposition To Motion For Summary Judgment."

_____

[1] Defendant sought an enlargement of time until February 22, 2008, to file its reply, because of the case being reassigned to another Assistant U.S. Attorney.

However, in reviewing Plaintiff's "Opposition," Defendant's counsel learned for the first time that Plaintiff had also moved for summary judgment within the pleading styled as an Opposition.  Thus, Defendant's counsel needs additional time to prepare a reply and opposition to Plaintiff's Opposition and cross-motion for summary judgment.  Accordingly, Defendant is requesting an extension of time to and including March 14, 2008, to file its reply/opposition.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FEDCURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-0843 (RBW)** |
| | ) | |
| **HARLEY G. LAPPIN, DIRECTOR,** | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file its reply and opposition, and the entire record herein, it is this _____ day of February, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including March 14, 2008, to file its reply and opposition herein.

_____
UNITED STATES DISTRICT JUDGE