**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FedCURE,

      Plaintiff,

           v.

HARLEY G. LAPPIN, Director
Federal Bureau of Prisons,

      Defendant.

Civil Action No. 07-0843 (RBW)

Judge Reggie B. Walton

March 21, 2008

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff FedCURE, by and through its undersigned counsel, respectfully moves this Court to enlarge the time to file its Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, filed on March 13, 2008, by Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, and included in defendant's reply supporting their own summary judgment motion.

FedCURE seeks an extension up to and including Friday, April 18, 2008.  The current due date is March 26, 2008.

Pursuant to Local Rule 7(m), Plaintiff's counsel has telephoned Judith A. Kidwell, Defendant's counsel, and she has consented to the requested enlargement of time as noted above.

Lynn I. Miller, the lead attorney preparing the Reply, seeks this extension in good faith. Ms. Miller is responsible for replying to two other summary judgment motions filed against clients in other cases this month.  The extension sought will not prejudice either party or the Court.  Permitting Plaintiff additional time to formulate its response will aid both parties and the Court in the development and resolution of this action.

**CONCLUSION**

Based on the above, Plaintiff respectfully requests the Court extend the time for filing its

reply supporting its motion for summary judgment up to and including Friday, April 18, 2008.

A draft Order is included with this filing following the Certificate of Service.

Respectfully submitted,


March 21, 2008                                         _/s/  **James R. Klimaski**_____
                                                      James R. Klimaski, #243543
                                                      Lynn I. Miller, #941559
                                                      Klimaski & Associates, P.C.
                                                      1625 Massachusetts Avenue NW – Suite 500
                                                      Washington, DC  20036-2245
                                                      202-296-5600
                                                      Klimaski@Klimaskilaw.com
                                                      Miller@Klimaskilaw.com

                                                      ***Attorneys for Plaintiff***

---

**Certificate of Service**

I certify that the foregoing ***Plaintiff's Consent Motion for an Enlargement of Time*** will

be served to the following counsel for Defendant in this case by the Court's CM/ECF system

after proper filing of an Adobe PDF version of this item on the Court's secure website on

March 21, 2008:

    Judith A. Kidwell
    Assistant U.S. Attorney
    555 4th Street NW – Room E-4905
    Washington, DC  20530
    judith.a.kidwell@usdoj.gov

                                          _/s/ **Jon Pinkus**_____
                                          Jon Pinkus
                                          Klimaski and Associates, PC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FedCURE,**

    **Plaintiff,**

       **v.**

**HARLEY G. LAPPIN, Director**
**Federal Bureau of Prisons,**

    **Defendant.**

               **Civil Action No. 07-0843 (RBW)**

## ORDER

Upon consideration of plaintiff's motion for an enlargement of time, and noting

defendant's consent thereto, and there being no prejudice to either party or to the Court, it is

hereby

    **ORDERED** that plaintiff shall have up to and including April 18, 2008, to file a reply to

defendant's opposition to plaintiff's pending summary judgment motion.

    **SO ORDERED.**


_____          _____
Date                                 Reggie B. Walton
                                   United States District Judge


Copies to counsel
via the Court's CM/ECF
Notification System.